BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (No. II) | MDL No. 3148 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF C&M PHARMACY
IN SUPPORT OF TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff C&M Pharmacy Inc., d/b/a Parvin's Pharmacy & Katz Pharmacy ("C&M Pharmacy"), respectfully submits this Response supporting in part and opposing in part the Motion to Transfer and Centralize Related Actions for Consolidated or Coordinated Pretrial Proceedings ("Motion") filed by Plaintiff Grey Dog IV d/b/a Ethos Wellness Pharmacy. Doc 1.

The case is one of many Related Actions now pending in the Central District. C&M Pharmacy agrees with the Motion that centralization under 28 U.S.C. § 1407 is appropriate. However, C&M Pharmacy joins with other plaintiffs in cases pending in the Central District of California (with the exception of Grey Dog) in opposing transfer to the District of Rhode Island or the District of Connecticut and instead supporting transfer to the Central District of California.[1] *See* California Respondents' Joint Response to Grey Dog's Motion (Doc. 24); Interested Party Response of the National Community Pharmacists Association (Doc. 70).

---

[1] C&M Pharmacy filed its Complaint in the Central District of California on February 7, 2025. *See* Doc 1, No. 2:25-cv-01099-ODW- DFMx. Other Related Actions pending in the Central District that support transfer and consolidation in that discount are *Keaveny Drug, Inc. v. GoodRx, Inc.*, No. 2:24-cv-09379; *Community Care Pharmacy, LLC v. GoodRx, Inc.*, No. 2:24-cv-09490; *Minn. Indep. Pharms. v. GoodRx, Inc.*, No. 2:24-cv-10297; *Philadelphia Association of Retail Druggists v. GoodRx, Inc.*, No. 2:24-cv-11023; *C&H Pharmacy Inc. v. GoodRx Holdings, Inc.*, No. 2:25-cv-00082; *Nat'l Cmty, Pharmacists Ass'n v. GoodRx, Inc.*, No. 2:25-cv-00585; *Esco Drug Co. v. GoodRx, Inc.*, No. 2:24-cv-10543; *Gus' Pharmacy, LLC d/b/a Kennedy Pharmacy v. GoodRx, Inc.*, No. 2:25-cv-0937; and *NCPA v. GoodRx, Inc., et al.*, No. 2:25-cv-00585.

1

The Central District is the most convenient venue for the parties and witnesses, and transfer there will ensure the just and efficient resolution of the Related Actions, in accordance with 28 U.S.C. § 1407(a). As California Respondents set forth in their Joint Response and the National Community Pharmacists Association in their Interested Party Response, the Central District of California is home to the first-filed Related Action, the majority of the Related Actions, has a proven capacity to manage MDLs, and is the location of many of the key events alleged in the GoodRx conspiracy. Doc. 24 at 5-8; 70 at 1-2. For these reasons, C&M Pharmacy joins with the California Respondents and the National Community Pharmacists Association in supporting transfer to the Central District of California.

C&M Pharmacy also joins with the National Community Pharmacists Association in opposing transfer to the Eastern District of Missouri, as Defendants urge. *See* Doc 66 and 70. Defendants' argument that one of four PBM Defendants, Express Scripts, has executed certain pharmacy agreements specifying that the actions be tried in the Eastern District of Missouri is irrelevant. *See In re Uber Techs., Inc., Passenger Sexual Assault Litig.*, 734 F. Supp. 3d 934, 957 (N.D. Cal. 2024) ("forum selection clauses [are] irrelevant to [the Panel's] transfer decisions under Section 1407.") The Eastern District of Missouri otherwise presents no advantages over consolidation in the Central District of California, for the reasons argued by the National Community Pharmacists Association. Doc 70 at 2-6.

C&M Pharmacy's action is pending before the Honorable Otis D. Wright II. The majority of actions filed in the Central District of California are pending before the Honorable Sherilyn Peace Garnett. C&M Pharmacy filed a related action notice pleading with respect to these related actions. C&M Pharmacy joins with the other plaintiffs in these actions in supporting transfer to the Central District of California. Should all Central District actions be consolidated before Judge

Garnett, C&M Pharmacy respectfully submits that she would be an excellent judge to oversee this litigation.

DATED:  February 27, 2025                      Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*

Elizabeth C. Pritzker (Cal. Bar No. 146267)
*ecp@pritzkerlevine.com*
Jonathan K. Levine (Cal. Bar No. 220289)
*jkl@pritzkerlevine.com*
Bethany Caracuzzo (Cal. Bar No. 190687)
*bc@pritzkerlevine.com*
Caroline Corbitt (Cal. Bar. No. 305492)
*ccc@pritzkerlevine.com*
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110

John A. Kehoe *(pro hac vice forthcoming)*
*jkehoe@kehoelawfirm.com*
**KEHOE LAW FIRM, PC**
2001 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 792-6676

*Attorneys for Plaintiff*