**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION II | MDL No. 3148 |

### NOTICE OF ERRATA

In compliance with the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, forthwith is a Corrected Schedule of Actions which only encompasses the Actions of the counsel listed below.

DATED: February 12, 2025         Respectfully Submitted,

*/s/ Blake Hunter Yagman*

Blake Hunter Yagman
  LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel.: (929) 709-1493
Email:  *byagman@leedsbrownlaw.com*

*Counsel for Plaintiff Weston Pillbox*

**EXHIBIT A**
**PROOF OF SERVICE**

Served via electronic mail:
Daniel L. Warshaw
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pwfirm.com

David W. Asp
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: dwasp@locklaw.com

Heidi M. Silton
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: hmsilton@locklaw.com

Joseph C. Bourne
Lockridge Grindal Nauen PLLP
100 Washington Avenue South Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: jcbourne@locklaw.com

Kira Q. Le
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kqle@locklaw.com

Naveed Abaie
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300

Email: nabai@pwfirm.com

Bobby Pouya
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Email: bpouya@pwfirm.com

*Counsel for Plaintiff Keaveny Drug, Inc.*, Case No. 2:24-cv-9379 (C.D. Cal.)
*Counsel for Minnesota Independent Pharmacists*, 2:24-cv-10297 (C.D. Cal.)

Served via electronic mail:
David Ramraj Singh
Weil Gotshal and Manges LLP
201 Redwood Shores Parkway 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: david.singh@weil.com

*Counsel for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.,* Case No.'s 2:24-cv-9379 (C.D. Cal.), 2:24-cv-9490 (C.D. Cal.), 2:24-cv-9858 (C.D. Cal.)., 2:24-cv-10297 (C.D. Cal.), 2:24-cv-10543 (C.D. Cal.), 2:24-cv-10899 (C.D. Cal.), 1:24-cv-537 (D.R.I.), 2:24-cv-11023 (C.D. Cal.), 1:24-cv-550 (D.R.I.), 1:25-cv-00003 (D.R.I.), 2:25-cv-00082 (C.D. Cal.), 1:25-cv-00115 (E.D.N.Y.) and 3:25-cv-00063 (D. Ct.)

Served via electronic mail:
Alec Levy
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street
Suite 900
Washington, DC 20005
Telephone: (202) 538-8321
Email: aleclevy@quinnemanuel.com

*Counsel for Defendant Express Scripts Inc. and Express Scripts Holding Company.,* Case No.'s 2:24-cv-9379 (C.D. Cal.), 2:24-cv-9490 (C.D. Cal.), 2:24-cv-9858 (C.D. Cal.)., 2:24-cv-10297 (C.D. Cal.), 2:24-cv-10543 (C.D. Cal.), 2:24-cv-10899 (C.D. Cal.), 1:24-cv-537 (D.R.I.), 2:24-cv-11023 (C.D. Cal.), 1:24-cv-550 (D.R.I.), 1:25-cv-00003 (D.R.I.), 2:25-cv-00082 (C.D. Cal.), 1:25-cv-00115 (E.D.N.Y.) and 3:25-cv-00063 (D. Ct.)

Served via electronic mail:
Jacqueline P. Rubin
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Email: jrubin@paulweiss.com

*Counsel for Defendant CVS Caremark Corporation and CVS Health Corporation*, Case No.'s 2:24-cv-9379 (C.D. Cal.), 2:24-cv-9490 (C.D. Cal.), 2:24-cv-9858 (C.D. Cal.)., 2:24-cv-10297 (C.D. Cal.), 2:24-cv-10543 (C.D. Cal.), 2:24-cv-10899 (C.D. Cal.), 1:24-cv-537 (D.R.I.), 2:24-cv-11023 (C.D. Cal.), 1:24-cv-550 (D.R.I.), 1:25-cv-00003 (D.R.I.), 2:25-cv-00082 (C.D. Cal.), 1:25-cv-00115 (E.D.N.Y.) and 3:25-cv-00063 (D. Ct.)

Served via electronic mail:
Robert J. Herrington
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile(310) 586-7800
Email: robert.herrington@gtlaw.com

Gregory J. Casas
Greenberg Traurig LLP
300 West 6th Street Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200
Email: casasg@gtlaw.com

*Counsel for Navitus Health Solutions, LLC*, Case No.'s 2:24-cv-9379 (C.D. Cal.), 2:24-cv-9490 (C.D. Cal.), 2:24-cv-9858 (C.D. Cal.)., 2:24-cv-10297 (C.D. Cal.), 2:24-cv-10543 (C.D. Cal.), 2:24-cv-10899 (C.D. Cal.), 1:24-cv-537 (D.R.I.), 2:24-cv-11023 (C.D. Cal.), 1:24-cv-550 (D.R.I.), 1:25-cv-00003 (D.R.I.), 2:25-cv-00082 (C.D. Cal.), 1:25-cv-00115 (E.D.N.Y.) and 3:25-cv-00063 (D. Ct.)

Served via Electronic Mail:
Michelle S. Lowery
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Tel.: (310) 277-4110
Email: mslowery@mwe.com

Richard Salgado
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel.: (214) 295-1664
Email: Richard.salgado@mwe.com

*Counsel for MedImpact Healthcare Systems, Inc.*, Case No.'s 2:24-cv-9379 (C.D. Cal.), 2:24-cv-9490 (C.D. Cal.), 2:24-cv-9858 (C.D. Cal.)., 2:24-cv-10297 (C.D. Cal.), 2:24-cv-10543 (C.D. Cal.), 2:24-cv-10899 (C.D. Cal.), 1:24-cv-537 (D.R.I.), 2:24-cv-11023 (C.D. Cal.), 1:24-cv-550 (D.R.I.), 1:25-cv-00003 (D.R.I.), 2:25-cv-00082 (C.D. Cal.), 1:25-cv-00115 (E.D.N.Y.) and 3:25-cv-00063 (D. Ct.)

Served via electronic mail:
Alexander E. Barnett
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: abarnett@dicellolevitt.com

Geralyn J. Trujillo
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: gtrujillo@dicellolevitt.com

Gregory S. Asciolla
DiCello Levitt LLP 485 Lexington Avenue Tenth Floor
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: gasciolla@dicellolevitt.com

John M. Shaw
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Email: jshaw@dicellolevitt.com

Jonathan S. Crevier
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Email: jcrevier@dicellolevitt.com

Stephen M. Prignano
McIntyre Tate LLP
50 Park Row West, Suite 109
Providence, RI 02903
Telephone: (401) 351-7700
Facsimile: (401) 331-6095


Email: SPrignano@McIntyreTate.com

Joshua H. Grabar
Grabar Law Office
One Liberty Place 1650 Market Street
Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (267) 507 6085
Email: jcrevier@dicellolevitt.com

*Counsel for Philadelphia Association of Retail Druggists,* Case No 2:24-cv-11023 (C.D. Cal.)

Served via electronic mail:
Hailey Josephs
Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
Email: hjosephs@susmangodfrey.com

Natasha Fernandez-Silber
Edelson PC
350 N La Salle Dr., 14th Floor
Chicago, Illinois 60654
Tel.: (312) 589-6370
Email: nfernandezsilber@edelson.com

*Counsel for Community Care Pharmacy LLC*, Case No. 2:24-cv-9490 (C.D. Cal.)

Served via electronic mail:
Hailey Josephs
Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
Email: hjosephs@susmangodfrey.com

Natasha Fernandez-Silber
Edelson PC
350 N La Salle Dr., 14th Floor
Chicago, Illinois 60654
Tel.: (312) 589-6370
Email: nfernandezsilber@edelson.com

Alexander E. Barnett

DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: abarnett@dicellolevitt.com

Geralyn J. Trujillo
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: gtrujillo@dicellolevitt.com

Gregory S. Asciolla
DiCello Levitt LLP 485 Lexington Avenue Tenth Floor
New York, NY 10017
Telephone: (646) 993-1000
Facsimile: (646) 494-9648
Email: gasciolla@dicellolevitt.com

John M. Shaw
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Email: jshaw@dicellolevitt.com

Jonathan S. Crevier
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
Telephone: (646) 993-1000
Email: jcrevier@dicellolevitt.com

*Counsel for National Community Pharmacists Association*, Case No. 2:25-cv-00585

Served via electronic mail:
Hung G. Ta
Alexander H. Hu
HGT Law
889 Francisco Street, Suite 2006
Los Angeles, California 90017

Tel.: 646-453-7288
Email: hta@hgtlw.com
       alex@hgtlaw.com

Peter Safirstein
SAFIRSTEIN LAW
45 N. Broad Street, Suite 100
Ridgewood, New Jersey 07450
Tel.: 917-952-9458
Email: psafirstein@safirsteinlaw.com

*Counsel for Esco Drug Co.*, Case No. 2:24-cv-10543 (C.D. Cal.)

Served via electronic mail:
Stephen G. Larson
Paul A. Rigali
Daniel Lahana
LARSON LLP
555 S. Flower Street, 30th Floor
Los Angeles, California 90071
Tel.: (213) 436-4888
Email: slarson@larsonllp.com
       prigali@larsonllp.com
       dlahana@larsonllp.com

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, California 90212
Tel. (858) 209-6941
Email: jnelson@milberg.com

*Counsel for CAAS LLC d/b/a/ Harbor Pharmacy*, Case No. 2:24-cv-10899 (C.D. Cal.)

Served via electronic mail:
Darren Corrente
CORRENTE LAW
226 South Main Street, 3rd Fl.
Providence, Rhode Island 02903
Tel.: (401) 331-7720
Email: darren@correntelawri.com

Jason P. Sultzer
SULTZER & LIPARI PLLC
85 Civic Center Plaza, Suite 200

Poughkeepsie, New York 12061
Tel.: (845) 483-7100
Email: sultzerj@thesultzerlawgroup.com

James L. Ferraro
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Tel.: (305) 375-0111
Email: jferraro@ferrarolaw.com

*Counsel for Bueno Pharmacy LLC*, Case No 1:24-cv-537 (D.R.I.)
*Counsel for SDDDC LLC*, Case No. 1:24-cv-550 (D.R.I.)

Served via electronic mail:
Darren Corrente
CORRENTE LAW
226 South Main Street, 3rd Fl.
Providence, Rhode Island 02903
Tel.: (401) 331-7720
Email: darren@correntelawri.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
50 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Tel.: (215) 592-1500
Email: cschaffer@lfsblaw.com

*Counsel for Lakhani Rx Inc. d/b/a Garden Drugs Pharmacy*, Case No. 1:25-cv-00003 (D.R.I.)

Served via electronic mail:
Michael R. Reese
Carlos F. Ramirez
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel. (212) 643-0500
Email: mreese@reesellp.com
         cramirez@reesellp.com

*Counsel for Pressman, Inc.*, Case No. 1:25-cv-00115 (E.D.N.Y)

Served via electronic mail:
David R. Cheverie
Alexander Lovejoy

9

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Sutie 101
East Hartford, Connecticut 06108
Tel.: (860) 290-9610 ext. 105
Email: dcheverie@cheverielaw.com
       alovejoy@cheverielaw.com

Jeff Ostrow
Kapelowitz Ostrow P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel.: (954) 332-4200
Email: ostrow@kolawyers.com

Jeffrey K. Brown
Blake Hunter Yagman
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel. (516) 873-9550
Email: jbrown@leedsbrownlaw.com
       byagman@leedsbrownlaw.com

*Counsel for Weston Pillbox, Inc.*, Case No. 3:25-cv-00063 (D. Ct.)

Served via electronic mail:
Jason P. Sultzer
SULTZER & LIPARI PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12061
Tel.: (845) 483-7100
Email: sultzerj@thesultzerlawgroup.com

James L. Ferraro
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Tel.: (305) 375-0111
Email: jferraro@ferrarolaw.com

Jeffrey K. Brown
Blake Hunter Yagman
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel. (516) 873-9550

Email:  jbrown@leedsbrownlaw.com
         byagman@leedsbrownlaw.com

Ryan J. Clarkson
Yana Hart
Mark I. Richards
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, California 90265
Tel.: (213) 788-4050
Email:  rclarkson@clarksonlawfirm.com
         yhart@clarksonlawfirm.com
         mrichards@clarksonlawfirm.com

*Counsel for Plaintiff Grey Dog IV*, Case No. 2:24-cv-9858 (C.D. Cal.)

Served via Electronic Mail:
Daniel L. Warshaw
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pwfirm.com

Bobby Pouya
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Email: bpouya@pwfirm.com

Eric J. Artrip
MASTANDO & ARTRIP, LLC
301 Holmes Ave. NE, Suite 100
Huntsville, Alabama 35801
Tel.: (256) 532-2222
Email: artrip@mastandoartrip.com

*Counsel for Plaintiffs C&H Pharmacy Inc. d/b/a Hunnington Pharmacy, Discount Pharmacy, Inc., Propst Discount Drugs, Inc., Reeves Drug Store, and Star Discount Pharmacy, Inc.*, Case No. 2:25-cv-00082 (C.D. Cal.)

Served via Electronic Mail:
Dena C. Sharp
Scott Grzenczyk

11

Sean Greene
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
Email: dsharp@girardsharp.com
         scottg@girardsharp.com
         sgreene@girardsharp.com

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
Benjamin J. Eichel
BONI ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004
Tel: (610) 822-0200
Email:  mboni@bonizack.com
         jsnyder@bonizack.com
         jsindoni@bonizack.com
         beichel@bonizack.com

*Counsel to Gus' Pharmacy LLC d/b/a Kennedy Pharmacy*, 2:25-cv-00937 (C.D. Cal.)

Michael M. Buchman
Nathaniel Blakney
Vincent L. Greene
Donald A. Migliori
MOTLEY RICE LLC
40 Westminister Street, 5th Floor
Providence, Rhode Island 02903
Tel: (401) 457-7700
Email: mbuchman@motleyrice.com
         nblakney@motleyrice.com
         vgreene@motleyrice.com
         dmigliori@motleyrice.com

*Counsel to Winships Pharmacy*, Case No. 1:25-cv-00037 (D.R.I.)

Clerk of Courts

Served via First Class Mail:
Clerk of Court
Central District of California, Western Division
Attn: Brian D. Karth, District Court Executive/Clerk of Court
Edward R. Roybal Federal Building and United States Courthouse

255 East Temple Street
Los Angeles, California 90012-3332

Served via First Class Mail:
Clerk of Court
District of Rhode Island
Attn: Hanorah Tyer-Witek, Clerk of Court
Federal Building and Courthouse
One Exchange Terrace
Providence, Rhode Island 02903

Served via First Class Mail:
Clerk of Court
District of Connecticut
Attn: Dinah Milton Kinney, Clerk of Court
Abraham Ribicoff Federal Building
United States District Court
450 Main Street
Suite A012
Hartford, Connecticut 06103

Served via First Class Mail:
Clerk of Court
United States District Court for New York's Eastern District
Attn: Deputy Clerk, Brenna Mahoney
225 Cadman Plaza East
Brooklyn, New York 11201