BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (No. II) ) ) ) ) | MDL No. 3148 |

## PROOF OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the Notice of Potential Tag-Along Action using the Panel's CM/ECF system, which will serve notification of such filing to all counsel of record in this action.

I further caused true and correct copies of the filing to be served on the following parties via U.S. Mail:

| | |
|---|---|
| **Defendant GoodRx, Inc.**<br>c/o Corporation Service Company<br>7955 S. Priest Dr., Ste. 102<br>Tempe, AZ 85284 | **Defendant GoodRx Holdings, Inc.**<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **Defendant CVS Caremark Corp.**<br>450 Veterans Memorial Pkwy<br>East Providence, RI 02914 | **Defendant Express Scripts, Inc.**<br>c/o CT Corporation Systems<br>3800 N Central Ave., Ste 460<br>Phoenix, AZ 85012 |
| **Defendant MedImpact Healthcare Systems, Inc.**<br>c/o CT Corporation Systems<br>3800 N Central Ave., Ste 460<br>Phoenix, AZ 85012 | **Defendant Navitus Health Solutions, LLC**<br>c/o CT Corporation Systems<br>3800 N Central Ave., Ste 460<br>Phoenix, AZ 85012 |

Dated: April 2, 2025

Respectfully submitted,

*/s/ David Ko*
David J. Ko
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400

Seattle, WA 98101
Tel: (206) 623-1900; Fax: (206) 623-3384
dko@kellerrohrback.com

***Attorney for Plaintiff Northern Arizona Pharmacy***